*MADE JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TYRONE POLK,<br><br>            Plaintiff,<br>    vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>            Defendant. | Case No.: CV 11-10083-GW(MRWx)<br><br>**ORDER OF STIPULATION TO DISMISS** |

## ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
GEORGE H. WU
United States District Judge

1

[Proposed] Order